DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**MICHAEL SCHULL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2406

[August 27, 2014]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 12-4591CF10A.

Michael Schull, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. Crim. P. 3.801(d) ("No successive motions for jail credit will be considered.")

WARNER, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***